NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003277
23-DEC-2014
07:57 AM

NO. CAAP-13-0003277

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BANK OF AMERICA, NA, Plaintiff-Appellee,
v.
CYNTHIA MARIE KELLEY, Defendant-Appellant,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10,
DOE CORPORATIONS 1-10, and DOE GOVERNMENTAL UNITS 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 12-1-0293)

ORDER APPROVING THE DECEMBER 9, 2014
STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation of Voluntary
Dismissal of Appeal and Order" (**stipulation**), filed by Defendant-
Appellant Cynthia Marie Kelley (**Appellant**) on December 9, 2014,
and the record, it appears that (1) Appellant and Plaintiff-
Appellee Bank of America, NA stipulate to dismiss Appeal No.
CAAP-13-0003277; (2) the attorneys for the parties have signed
the stipulation; (3) the appeal has not been docketed; and

(4) Hawai'i Rules of Appellate Procedure Rule 42(a) provides, "If an appeal has not been docketed, the appeal shall be dismissed upon the filing of a stipulation for dismissal signed by all the parties[.]"

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-13-0003277 is dismissed.

DATED: Honolulu, Hawai'i, December 23, 2014.


Chief Judge


Associate Judge


Associate Judge